UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-10014-CR-GAYLES/TORRES

UNITED STATES OF AMERICA

v.

WILLIAM MATEU,

      Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

**THIS CAUSE** comes before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation on Defendant's Motions ("Report"). [ECF No. 49]. On October 25, 2022, Defendant filed his Motion to Dismiss the Indictment. [ECF No. 18]. On September 12, 2023, Defendant filed his Motion in Limine and Incorporated Memorandum of Law. [ECF No. 38]. On September 28, 2023, Defendant filed his Motion to Suppress Statements. [ECF No. 41]. On October 10, 2023, the at-issue Motions were referred to Judge Torres. [ECF No. 43]. Judge Torres' Report recommends that the Court deny all three Motions. On November 16, 2023, Defendant filed his Notice of No Objections to the Report and Recommendation. [ECF No. 50].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters,*

*L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court finds no clear error with Judge Torres' well-reasoned analysis and agrees that the Motions must be denied.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Torres' Report and Recommendation on Defendant's Motions [ECF No. 49] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Defendant's Motion to Dismiss the Indictment, [ECF No. 18], is **DENIED**;

(3) Defendant's Motion in Limine and Incorporated Memorandum of Law, [ECF No. 38], is **DENIED**; and

(4) Defendant's Motion to Suppress Statements, [ECF No. 41], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of November, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE